UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

KARLEEN CRYSTAL LINFORD,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 4:13-cv-00194-BLW

JUDGMENT

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment be entered in favor of Defendant and that this case be dismissed in its entirety.

DATED: September 21, 2015

B. Lynn Winmill
Chief Judge
United States District Court

**JUDGMENT - 1**